UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BING CHEN, et al.,

    Plaintiffs,

    v.

UNIVERSITY OF NOTRE DAME,

    Defendant.

Case No. 3:26-CV-301-CCB-SJF

**ORDER**

The presiding judge recuses from this case pursuant to 28 U.S.C. § 455(a). Under 28 U.S.C. § 137 and Local Rule 40-1(f)(2)(A), the Clerk of this Court is hereby **DIRECTED** to randomly reassign this matter to another Article III Judge for all further proceedings.

SO ORDERED on March 26, 2026.

        /s/ *Cristal C. Brisco*
        CRISTAL C. BRISCO, JUDGE
        UNITED STATES DISTRICT COURT