# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 2, 2026

**To:** Chanda J. Berta
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 26-2815

Caption:
BING CHEN and JIE CHEN,
Plaintiffs - Appellants

v.

UNIVERSITY OF NOTRE DAME,
Defendant - Appellee

District Court No: 3:26-cv-00301-GSL-SJF
Clerk/Agency Rep Chanda J. Berta
District Judge Gretchen S. Lund

Date NOA filed in District Court: 08/31/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)